UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ANTHONY CAMISA,

               Defendant.

No. 16-cr-522 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

     On November 19, 2020, the Court received Anthony Camisa's motion for a sentencing reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 1780.) IT IS HEREBY ORDERED THAT the government shall respond to the motion no later than November 27, 2020.

SO ORDERED.

Dated:    November 20, 2020
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation